IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT LESLIE MEYER                                                                 PLAINTIFF

v.                           Civil No. 05-5134

UNITED STATES OF AMERICA                                                       DEFENDANT

## **ORDER**

Robert Leslie Meyer brings this pro se civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2005 (Doc. 2), the complaint was provisionally filed. Plaintiff was given until August 26, 2005, to either pay the $250 filing fee or return a completed *in forma pauperis* (IFP) application.

On August 26, 2005 (Doc. 10), Meyer filed a motion to dismiss the case. He indicates he would like to withdraw the lawsuit. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

As the court has not yet directed service on the defendants, the plaintiff may dismiss the action pursuant to the terms of Rule 41(a) without order of the court. **The clerk is directed to reflect on the docket sheet that the plaintiff has voluntarily dismissed this action pursuant to Rule 41(a)(1).**

DATED this 30th day of August 2005.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)